IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RHONDA TAUER AND DOUGLAS TAUER<br><br>*Plaintiffs,*<br><br>VS.<br><br>ALLSTATE COUNTY MUTUAL INSURANCE COMPANY *(incorrectly sued as Allstate County Mutual Insurance)*<br><br>*Defendant.* | § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:22-CV-00509<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 18]. The Parties are seeking a dismissal with prejudice as to all claims and causes of action asserted in this matter.

It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 23rd day of May, 2023.**

_____
Michael J. Truncale
United States District Judge